# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1390

_____

Ruth A. Ebner,                    *

                                  *

         Appellant,         *

                                    *   Appeal from the United States

    v.                      *   District Court for the

                                    *   Eastern District of Missouri.

Marvin T. Runyon, Jr., Postmaster   *

General,                       *     [UNPUBLISHED]

                                    *

         Appellee.          *

_____

Submitted:  November 1, 1999
Filed:  November 5, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ruth Ebner appeals from the district court's[1] order dismissing her Title VII action for lack of subject matter jurisdiction.  After carefully reviewing the district court's findings of fact for clear error and its conclusions of law de novo, see Drevlow v. Lutheran Church, Mo. Synod, 991 F.2d 468, 470 (8th Cir. 1993), we conclude the court did not err in dismissing Ebner's action.  Accordingly, we affirm for the reasons

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

stated in the district court's order.  We also deny Ebner's motion for appointment of counsel.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.